AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

KIMBERLY NEWCOMB,

Plaintiff,

v.

LELAND DUDEK, Acting Commissioner of Social Security,

Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 5:24-cv-91

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that, based the Order dated March 3, 2025, the Court grants Defendant's Motion to remand this cause to the Social Security Administration under sentence four of 42 U.S.C. § 405(g). Therefore, the Court reverses the Commissioner's decision and remands this cause of action to the Social Security Administration for further administrative proceedings.

Approved by: *(signed)*
Honorable Benjamin W. Cheesbro
United States Magistrate Judge
Southern District of Georgia

Date: March 3, 2025

John E. Triplett, Clerk of Court
Clerk

*(signed)* Jamie Hodge
(By) Deputy Clerk

GAS Rev 10/2020